UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**FILED**
JAMES J. VILT, JR. - CLERK
MAR - 4 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA      PLAINTIFF

v.      Criminal Action No.: 3:25-CR-30-CHB

**THOMAS CZARTORSKI**, et al      DEFENDANTS

NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorneys Christopher C. Tieke and Stephanie M. Zimdahl hereby enter their appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

_____
Christopher C. Tieke

_____
Assistant U.S. Attorneys
717 West Broadway
Louisville, KY 40202
(502) 582-5911