FILED
JAMES J. VILT, JR. - CLERK

MAR - 4 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                    Criminal Action No.: 3:25-CR-30-CHB

THOMAS CZARTORSKI, et al                                    DEFENDANTS

## NOTICE OF ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as co-counsel for the United States in this action. I certify that I am eligible to practice in this Court.

/s/ *Katherine DeVar*
KATHERINE G. DEVAR (CA Bar No. 310939)
Trial Attorney, U.S. Department of Justice
Criminal Section, Civil Rights Division
4 Constitution Square
150 M Street NE
sWashington, DC 20530
katherine.devar@usdoj.gov
202-598-9420