UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | PLAINTIFF |
| v. | CRIMINAL NO. 3:25-cr-00030-RGJ |
| **THOMAS CZARTORSKI, et al.** | DEFENDANTS |

## NOTICE OF ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as co-counsel for the United States in this action. I certify that I am eligible to practice in this Court.

*/s/ Alec C. Ward*
Alec C. Ward
Trial Attorney
Civil Rights Division, Criminal Section
U.S. Department of Justice
150 M. St. NE
Washington, DC 20002
Tel. (202) 532-3991
Alec.Ward@usdoj.gov